

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Stallion Oilfield Services Ltd. and Michael Brown,

\* From the 385th District Court of Midland County, Trial Court No. CV55423.

Vs. No. 11-19-00217-CV

\* December 19, 2019

Gravity Oilfield Services, LLC,

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse that portion of the trial court's order in which it awards attorney's fees to Gravity Oilfield Services, LLC, and we render judgment that Gravity Oilfield Services, LLC take nothing on its request for attorney's fees under the Texas Citizens Participation Act. We affirm the trial court's order in all other respects. The costs incurred by reason of this appeal are taxed 80% against Stallion Oilfield Service Ltd. and Michael Brown and 20% against Gravity Oilfield Services, LLC.